IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA

      Plaintiff,

-vs-                     Criminal Action No.
                       23-00165-01-CR-W-DGK

JOHNNY LEE CHAPMAN,

      Defendant.

## MEMORANDUM OF MATTERS DISCUSSED AND ACTION TAKEN AT PRETRIAL CONFERENCE

The following matters were discussed and action taken during the pretrial conference:

**PENDING CHARGES**:

| | | |
|---|---|---|
| | Count One | Possession with Intent to Distribute an Amount of Heroin, *in violation of* 21 U.S.C. §§ 841(a)(1), (b)(1)(C) |
| | Count Two | Possession of a Firearm in Furtherance of a Drug Trafficking Offense, *in violation of* 18 U.S.C. § 924(c)(1)(A)(i) |
| | Count Three | Felon in Possession of a Firearm, *in violation of* 18 U.S.C. §§ 922(g)(1) and 924(a)(2) |

**TRIAL COUNSEL**:
  Government:  Stefan Hughes
  Case Agent:  Detective Robert Guffey – Kansas City, Missouri Police Department
  Defense:  Willis Toney

**OUTSTANDING MOTIONS**: None

**ANTICIPATED MOTIONS**: None

**TRIAL WITNESSES**:
  Government: 3 with stipulations; 5 without stipulations
  Defense: No additional witnesses; Defendant will not testify

**TRIAL EXHIBITS**:
  Government: 10 exhibits
  Defense: 1 exhibit

**DEFENSES**:
  ( x ) defense of general denial

**POSSIBLE DISPOSITION**:
       ( ) Definitely for trial                     ( ) Possibly for trial
       ( ) Motion to continue to be filed      ( x ) A plea date has been requested

**TRIAL TIME**:   **2 days**
      Government's case including jury selection: 1 ½ days
      Defense case: ½ day

**STIPULATIONS**:
      ( )   not likely
      ( )   not appropriate
      ( x ) proposed as to:
           ( )   chain of custody
           ( )   chemist's reports
           ( x ) prior felony conviction and knowledge thereof
           ( x ) interstate nexus of firearm
           ( )   other: _____

**UNUSUAL QUESTIONS OF LAW**:   None

**FILING DEADLINES:**

    **Witness and Exhibit Lists**:
    Government:   August 30, 2024
    Defense:   August 30, 2024
    **Counsel are requested to list witnesses in alphabetical order on their witness list.**

    **Exhibit Index, Voir Dire, Jury Instructions**:   August 30, 2024
    **Jury instructions must comply with Local Rule 51.1**

    **Motions in Limine**:   August 30, 2024

**TRIAL SETTING**: Criminal jury trial docket commencing September 16, 2024
    **Please note**: *Defense counsel is unavailable beginning September 19, 2024, through the end of the docket.*

**OTHER**:
      ( )   A _____-speaking interpreter is required.
      ( )   Other assistive devices: _____

    **IT IS SO ORDERED.**

                                                */s/ Jill A. Morris*
                                                JILL A. MORRIS
                                                United States Magistrate Judge